UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON STANDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>JUSTIN CLIFTON, et al.,<br><br>    Defendants. | Case No. 23-cv-00509-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 10 |

Good cause being shown, Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Dkt. No. 10. Plaintiff shall file his amended complaint by September 15, 2023. Failure to file an amended complaint in the time provided will result in dismissal of this action without further notice to Plaintiff. Plaintiff is reminded that he is required to promptly notify the Court when he has a change of address. N.D. Cal. L.R. 3-11. Failure to do so may result in dismissal of the action without prejudice. *Id.*

This order terminates Dkt. No. 10.

**IT IS SO ORDERED.**

Dated: 8/4/2023

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge